UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 04-14-DLB

UNITED STATES OF AMERICA                          PLAINTIFF

vs.      **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

JOHN H. ESTEP                                           DEFENDANT

\*  \*  \*  \*  \*  \*  \*

This matter is before the Court on Defendant's Motion to Correct, Set Aside, or Vacate Sentence pursuant to 28 U.S.C. § 2255.[1] (Doc. # 70). This matter was referred to Magistrate Judge Edward B. Atkins for the purpose of reviewing the motion and preparing a Report and Recommendation (R&R). (Doc. # 73). After reviewing the issues raised by Defendant, Magistrate Judge Atkins issued an R&R on August 26, 2011 (Doc. # 74) recommending that Defendant's Motion to Vacate be denied. No objections to the R&R were filed, and the time to do so has now expired.

Having reviewed the Magistrate Judge's R&R, the Court concurs with his recommended disposition. Defendant's motion is not timely under AEDPA, and he has failed to provide any explanation for his failure to timely file. Defendant has also failed to allege any circumstances under which the application of the doctrine of equitable tolling

---

[1] In his Motion, Defendant cites Rule 60.02 as the appropriate governing authority. This Court noted previously, however, in referring the motion to the Magistrate Judge for review, that "[a]lthough filed pursuant to 'Rule 60.02', the motion itself raises claims of ineffective assistance of counsel, which should be raised in a 28 U.S.C. § 2255 motion." (Doc. # 73).

1

would be appropriate. Accordingly,

**IT IS ORDERED AND ADJUDGED** that:

1. the Magistrate Judge's Report and Recommendation (Doc. # 74) is hereby **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

2. Defendant's Motion to Correct, Set Aside or Vacate Sentence (Doc. # 70) is hereby **DENIED**;

3. the Court certifies that, for the reasons previously set forth in the Report and Recommendation of the Magistrate Judge (Doc. # 74), there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability will issue; and

4. this matter is hereby **DISMISSED WITH PREJUDICE**, and stricken from the Court's docket.

This 13th day of September, 2011.



Signed By:
*David L. Bunning*
**United States District Judge**

G:\DATA\ORDERS\Ashland Criminal\2004\4-14 Order adopting R&R.wpd

2